UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MARYANN GROGAN,                                Case No. 18-CV-2656 (PJS/BRT)

    Plaintiff,

v.                                             ORDER OF DISMISSAL

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on November 4, 2019 [ECF No. 17],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated: November 4, 2019

                                                                   s/Patrick J. Schiltz
                                                                   Patrick J. Schiltz
                                                                   United States District Judge